UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA BRIDGES                                                                                    PLAINTIFF

v.                                        No. 2:21-CV-02066

LIEUTENANT CARRIE DOWDY, et al.                                                  DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 12) from Chief United States Magistrate Judge Mark E. Ford. Plaintiff has filed objections (Doc. 13). The Magistrate recommends that the Court dismiss Plaintiff's complaint pursuant to Rule 41(b) based on Plaintiff's failure to prosecute his case, failure to obey an order of the Court, and failure to comply with Local Rule 5.5(c)(2). None of Plaintiff's objections address the report and recommendations, however, the Court has conducted de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1). The Court finds the report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b).

IT IS SO ORDERED this 3rd day of June, 2021.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE