UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSHUA BRIDGES                                                                        PLAINTIFF

v.                                            No. 2:21-CV-02066

LIEUTENANT CARRIE DOWDY, et al.                                        DEFENDANTS

## **JUDGMENT**

Pursuant to the order entered in this case on this date, Plaintiff's complaint is DISMISSED

WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 3rd day of June, 2021.


*/s/ P. K. Holmes,* **III**

P.K. HOLMES, III
U.S. DISTRICT JUDGE